IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHELE BERTOLDI,

    Plaintiff,

VS.                                  Case No. 4:16cv06-RH/CAS

YUM BRANDS, INC.,
KFC CORP., PIZZA HUT, INC.,
and TACO BELL CORP.,

    Defendants,
_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In an order filed January 26, 2016, Plaintiff was directed to file an amended complaint or file a notice of voluntary dismissal by February 26, 2016. Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if he failed to comply with that order. ECF No. 4. To date, no response has been received from the Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S.

Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991). Also, Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989), cert. denied, 493 U.S. 863 (1989), and cases cited; Phipps v. Blakeney, 8 F.3d 788, 790 (11th Cir. 1993). Plaintiff did not comply with a court order and prosecute this case. As a result, this action should be dismissed.

Plaintiff shall have a 14-day period after service of this Report and Recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for his failure to respond. Alternatively, Plaintiff may also file a "motion for reconsideration" which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on March 7, 2016.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:16cv06-RH/CAS

## **NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:16cv06-RH/CAS